IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 174 MR WCM

| | |
|---|---|
| PEGGY E. CRUMP, *individually,* and as *Administrator of the Estate of* David L. Crump, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| CARR'S INC., ALLEN ANTHONY FERGUSON, JAMES CARR, *doing business as* Carrs Wrecker Service, *formally known as* Doe Company #1, DOE COMPANY #2, JOHN DOE #1, JOHN DOE #2, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Allison Mullins. The Motion indicates that Ms. Mullins, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Peggy E. Crump, individually and as Administrator of the Estate of David L. Crump, and that she seeks the admission of Jonathan Marigliano, who the Motion represents as being a member in good standing of the Bar of the State of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** Jonathan Marigliano to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 21, 2020

*/s/ W. Carleton Metcalf*

W. Carleton Metcalf
United States Magistrate Judge