IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 174 MR WCM

| | |
|---|---|
| PEGGY E. CRUMP, *individually,* and as *Administrator of the Estate of* David L. Crump, <br><br> Plaintiff, <br> v. <br><br> CARR'S INC., <br> ALLEN ANTHONY FERGUSON, <br> JAMES CARR, *doing business as* Carrs Wrecker Service, *formally known as* Doe Company #1, <br> DOE COMPANY #2, JOHN DOE #1, <br> JOHN DOE #2, <br><br> Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 17) filed by M. Aaron Lay. The Motion indicates that Mr. Lay, a member in good standing of the Bar of this Court, is local counsel for Defendant James Carr d/b/a Carrs Wrecker Service, and that he seeks the admission of Bryce W. McKenzie, who the Motion represents as being a member in good standing of the Bar of the State of Tennessee. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 17) and **ADMITS** Bryce W. McKenzie to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 24, 2020

W. Carleton Metcalf
United States Magistrate Judge