IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 174 MR WCM

| | |
|---|---|
| PEGGY E. CRUMP, *individually,* and as *Administrator of the Estate of* David L. Crump, <br><br>   Plaintiff, <br> v. <br><br> CARR'S INC., <br> ALLEN ANTHONY FERGUSON, <br> JAMES CARR, *doing business as* Carrs Wrecker Service, *formally known as* Doe Company #1, <br> DOE COMPANY #2, JOHN DOE #1, <br> JOHN DOE #2, <br><br>   Defendants. | ORDER |

This matter is before the Court *sua sponte*.

On March 5, 2021, Plaintiff's counsel contacted the chambers of the presiding district judge to advise that the case was settled in principle, and that the parties were working on written settlement documents.

On March 18, 2021, the undersigned's chambers inquired with the parties regarding the status of the settlement. Plaintiff's counsel advised that a draft of a proposed release was being circulated at that time.

1

As no additional information has been provided and the case remains pending on the docket, the undersigned finds that a status report would be appropriate.

**IT IS THEREFORE ORDERED** that, on or before April 26, 2021, the parties shall file a report advising as to the status of the settlement, including a date by which closing documents will be filed with the clerk.

Signed: April 19, 2021

W. Carleton Metcalf
United States Magistrate Judge